FILED
CLERK, U.S. DISTRICT COURT

JUN 23 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Alfredo Melara<br><br>Defendant. | Case No.: ED16-275M<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern** District of **Texas** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)  information in the Pretrial Services Report and Recommendation
    (X)  information in the violation petition and report(s)
    ( )  the defendant's nonobjection to detention at this time
    ( )  other: _____

1

1  and/or
2  B. (X)  The defendant has not met his/her burden of establishing by clear and
3           convincing evidence that he/she is not likely to pose a danger to the
4           safety of any other person or the community if released under 18 U.S.C.
5           § 3142(b) or (c).  This finding is based on the following:
6           (X)  information in the Pretrial Services Report and Recommendation
7           (X)  information in the violation petition and report(s)
8           (X)  the defendant's nonobjection to detention at this time
9           ( )  other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 23, 2016

_____
SHERI PYM
United States Magistrate Judge